UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-23311-COOKE/O'SULLIVAN

VINCENT S. MERCIER, and
IRINA MERCIER,

     Plaintiffs,

v.

TURNBERRY ISLE SOUTH CONDOMINIUM
ASSOCIATION, INC.,

     Defendant.

                         /

## <u>ORDER</u>

THIS MATTER is before the Court on the Plaintiffs' Emergency Motion to Stay Removal of Plaintiffs' Service Dogs from Plaintiffs' Home (DE# 12, 10/14/21). This matter was referred to the undersigned by the Honorable Marcia G. Cooke, United States District Judge. <u>See</u> Endorsed Order Referring Plaintiff's Emergency Motion to Stay Removal of Service Dogs  (DE# 13, 10/18/21).  Having reviewed the parties' filings and having held a hearing, it is

ORDERED AND ADJUDGED that Plaintiffs' Emergency Motion to Stay Removal of Plaintiffs' Service Dogs from Plaintiffs' Home (DE# 12, 10/14/21) is DENIED without prejudice to renew. The parties shall comply with the following briefing schedule:

1.     On or before November 3, 2021, the plaintiffs shall file their renewed motion to stay removal of plaintiff's service dogs from plaintiffs' home. The plaintiffs shall address the four requirements to obtain injunctive relief with supporting evidence.[1]  Additionally, the plaintiffs shall address the

---

[1] The plaintiff must satisfy the following four requirements to obtain injunctive relief by showing: (1) a substantial likelihood of success on the merits; (2) irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movants outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest. <u>McDonald's Corp. v. Robertson</u>, 147 F.3d 1301, 1306 (11th Cir. 1998).

*Rooker-Feldman* doctrine[2] that was raised by the defendant's response.

2.     On or before November 17, 2021, the defendant shall file its response.

3.     On or before November 24, 2021, the plaintiffs shall file their reply.  It is further

ORDERED AND ADJUDGED that counsel for the parties shall meet and attempt to resolve the issues before the parties expend the time and expense of briefing the issues.  It is further

ORDERED AND ADJUDGED that as defense counsel agreed during the hearing, the defendant shall not execute on the Summary Final Judgment and shall not remove the plaintiffs' service dogs from the plaintiffs' home while the ruling on the anticipated renewed motion for injunctive relief is pending.

DONE AND ORDERED in Chambers at Miami, Florida this **20th** day of October, 2021.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[2]See Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923); District of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983).