UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-Civ-23311-COOKE/DAMIAN**

VINCENT S. MERCIER, and
IRINA MERCIER,

Plaintiffs,

v.

TURNBERRY ISLE SOUTH CONDOMINIUM
ASSOCIATION, INC.,

Defendant.
_____/

## ORDER ADOPTING AND APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS MATTER** is before me upon the Report and Recommendation ("R&R") of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge (ECF No. 29) regarding Plaintiffs' Renewed Motion to Stay Removal of Plaintiffs' Service Dogs from Plaintiffs' Home (ECF No. 24) (the "Renewed Motion").

In his R&R, Judge O'Sullivan recommended that the Motion be denied because, in accordance with the *Rooker-Feldman* Doctrine (*Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983)) this Court lacks jurisdiction to review a state court civil judgment. ECF No. 29. The Parties have not filed objections to the R&R, and the time to do so has passed.

I have reviewed Judge O'Sullivan's R&R, the record, and the relevant legal authorities. Having done so, I find Judge O'Sullivan's R&R to be clear, cogent, and compelling. Accordingly, Judge O'Sullivan's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the Plaintiffs' Renewed Motion to Stay Removal of Plaintiffs' Service Dogs from Plaintiffs' Home (ECF No. 24) is **DENIED**. Moreover, it is **ORDERED and ADJUDGED** that, for the reasons set forth in the R&R, this case is **DISMISSED FOR LACK OF JURISDICTION**. As such, the Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 25th day of April 2022.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*