UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-23311-Civ-COOKE/DAMIAN

VINCENT S. MERCIER, and
IRINA MERCIER,

    Plaintiffs,

v.

TURNBERRY ISLE SOUTH
CONDOMINIUM ASSOCIATION, INC.,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge (ECF No. 40) regarding Defendant's Motion for Entitlement to Prevailing Party Fees (ECF No. 32). In her R&R, Judge Damian recommends that the Motion be denied on the basis that Defendant is not the prevailing party in this action for purposes of the Fair Housing Act's fee-shifting provision, 42 U.S.C. § 3613(c)(2), because the Court's *sua sponte* dismissal of this action was not on the merits of Plaintiff's claims. ECF No. 40. The Parties have not filed objections to the R&R, and the time to do so has passed.

The Court has reviewed the R&R and the relevant record and agrees with the reasoning and recommendations set forth therein. Finding no clear error, the Court **AFFIRMS and ADOPTS** Judge Damian's R&R (ECF No. 40). It is hereby **ORDERED and ADJUDGED** that Defendant's Motion for Entitlement to Prevailing Party Fees (ECF No. 32) is **DENIED**.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 22nd day of November, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE
For Marcia G. Cooke, U.S. District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*